IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL CERECINO, AS EXECUTOR OF THE ESTATE OF LORRETTA CERECINO and PAUL CERECINO, Plaintiffs, | : : : : : | CIVIL ACTION |
| v. | : : | |
| KIM'S GROCERY STORE, et al. Defendants. | : : | No. 11-6787 |

### ORDER

AND NOW, this **19th** day of **September, 2012**, upon consideration of Defendants' Motion for Summary Judgment, Plaintiff's response thereto, and for the reasons provided in this Court's Memorandum dated September 19, 2012, it is hereby **ORDERED** that:

1. Defendants' motion (Document No. 20) is **DENIED**.

2. The parties shall proceed with the arbitration currently scheduled for October 16, 2012.

BY THE COURT:

_____
**Berle M. Schiller, J.**