IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL CERECINO, AS EXECUTOR | : | |
| OF THE ESTATE OF LORRETTA | : | CIVIL ACTION |
| CERECINO and PAUL CERECINO, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| KIM'S GROCERY STORE, et al. | : | No. 11-6787 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **19th** day of **September, 2012**, upon consideration of Defendants'

Motion for Summary Judgment, Plaintiff's response thereto, and for the reasons provided in this

Court's Memorandum dated September 19, 2012, it is hereby **ORDERED** that:

1.      Defendants' motion (Document No. 20) is **DENIED**.

2.      The parties shall proceed with the arbitration currently scheduled for October 16,

    2012.

BY THE COURT:

_____

**Berle M. Schiller, J.**