JPH

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
FEB 2 6 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ESTATE OF LORETTA CERECINO, et al. : CIVIL ACTION
:
v. :
: NO. 11-6787
KIM'S GROCERY STORE, et al. :

ORDER

AND NOW, this 26th day of February, 2013, upon consideration of Defendants' Motion in Limine, filed in this action as Document No. 47, and Plaintiffs' response thereto, it is hereby ORDERED that the motion is GRANTED and plaintiffs' expert James C. Druecker, P.E. is precluded from testifying regarding 1999 Philadelphia Building Code or 2009 International Building Code applicability and/or violations.

BY THE COURT:

_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE

ENTERED
FEB 2 6 2013
CLERK OF COURT

5