IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ESTATE OF LORETTA CERECINO, et al. : CIVIL ACTION
:
    v. :
: NO. 11-6787
KIM'S GROCERY STORE, et al. :

O R D E R

AND NOW, this 28th day of February, 2013, upon consideration of Defendants' Motion to Extend Time for Filing a Motion in Limine, filed in this action as Document No. 58, it is hereby ORDERED that the motion is DENIED.

BY THE COURT:

/s/Jacob P. Hart
_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE

5